# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 1430 Disciplinary Docket No. 3 |
| | : |
| | : No. 159 DB 2008 |
| JAY MARC BERGER | : |
| | : Attorney Registration No. 26642 |
| | : |
| PETITION FOR REINSTATEMENT | : (Bucks County) |

## ORDER

**PER CURIAM:**

**AND NOW**, this 6th day of January, 2022, upon consideration of Petitioner's response to the Court's rule to show cause dated November 12, 2021, the rule is made absolute, and the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).